97 F.2d 996 (1938)
Philip J. COGAN, Petitioner,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent.
No. 373.
Circuit Court of Appeals, Second Circuit.
July 11, 1938.
Frederick L. Pearce, of Washington, D. C. (George M. Morris, and Morris, Kix-Miller & Baar, all of Washington, D. C., of counsel), for petitioner.
James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Edward J. Ennis, of New York City, for respondent.
Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.
PER CURIAM.
Order affirmed on the authority of Gregory v. Helvering, 293 U.S. 465, 55 S.Ct. 266, 79 L.Ed. 596, 97 A.L.R. 1355.